AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

Southern **DISTRICT OF** Ohio

UNITED STATES OF AMERICA

V.

Maurice Edwin Parker

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:19-mj-730

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 30, 2018 thru March 14th, 2019 in Franklin county, in the Southern District of Ohio defendants(s) did, (Track Statutory Language of Offense)

Whoever, with intent to defraud, passes, utters publishes, or sells, any falsely made, forged counterfeited, or altered obligation of the United States.

Whoever, exchanges or delivers any false, forged or counterfeited securities of the United States with intent the same be used as true or Genuine.

in violation of Title 18 United States Code, Section(s) 471 and 472.

I further state that I am a(n) Task Force Officer and that this complaint is based on the following facts:
Official Title
See Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Blair Thomas
Signature of Complainant

Sworn to before me and subscribed in my presence,

Sept 17, 2019
Date

at Columbus, OH
City of State

Kimberly A Jolson, US MJ
Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT FOR ARREST

I, Blair Thomas, a Task Force Officer with the United States Secret Service Southern District of Ohio, hereinafter referred to as the Affiant, being duly sworn, depose as follows:

## I. INTRODUCTION

1. I have been a Police Officer since February 2009 and a Detective with the Gahanna Division of Police since 2013. I am currently a Task Force Officer with the United States Secret Service Southern District of Ohio Financial Crimes Task Force. My responsibilities include financial crimes investigations, bank fraud, counterfeit and other violations.

## II. PURPOSE OF AFFIDAVIT

1. A criminal investigation is currently being conducted regarding the manufacturing and uttering of counterfeit United States Currency (USC). In violation of 18 U.S.C. 471 and 18 U.S.C. 472.

2. The facts and information contained herein are based on my personal knowledge and experience, and that of other law enforcement personnel, and from persons with knowledge regarding the relevant facts and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## III THE INVESTIGATION

1. On June 30, 2018 Gahanna Division of Police Officers responded to Kroger Marketplace, located at 300 S. Hamilton Road in reference to a suspect passing a counterfeit $50.00 bill bearing serial number IA16736671A. The Kroger

Page | 1

employee reported that the suspect was leaving the store after using money that was not counterfeit to complete his purchase. The employee reported the suspect left in a red Chevrolet minivan. Responding officers located a red Chevrolet Equinox displaying the Ohio tag FIE5620 leaving the parking lot. The driver was identified as Edward Hargrave. Edward was cooperative and said that he was unaware that the $50.00 bill was counterfeit. He reported that he got the bill from a neighbor down the street from where he lived. He said that he made change for the neighbor for the bill. The neighbor was only known to him as "Black Dre." Edward explained that he was willing to be cooperative and speak with detectives regarding the bill.

2. The phone number that Edward provided to officers was not correct. Detectives attempted to contact Edward at multiple residences but all appeared to be vacant. The vehicle that Edward was driving returned to 608 King George Avenue in Gahanna, Ohio. Multiple attempts to contact were made at the residence but all were unsuccessful. The case was subsequently closed.

3. On October 14, 2018 the Gahanna Division of Police received a call from a Giant Eagle employee that advised a person had used a counterfeit $100.00 bill at the GetGo Gas Station located at 1310 N. Hamilton Road Gahanna, Ohio. Officers were dispatched to the scene and spoke with the employee. The GetGo employee reported that at approximately 2159 hours a female came to the window and requested to buy cigarettes. The female gave the employee a $100.00 bill. The employee believed the bill was fake but attempted to deposit it into the safe. The safe rejected the bill and the employee returned it to the

customer. Approximately two minutes later, the suspect returned and attempted to use another $100.00 bill. The money was again rejected. The employee returned the bill back to the female and obtained the license plate number on the vehicle, HNA6697.

4. Southern District of Ohio Task Force member and Gahanna Police Detective Thomas #123 obtained the video footage of the transaction and checked the vehicle registration of the license plate obtained. The vehicle returned to Shapara Sydnor. On December 4, 2018 Shapara stated to Detective Thomas that the car is only registered to her but actually belongs to her mother Stacy. The images of the female passing the bill were sent to Shapara and Stacy. Stacy explained the female in the image was her sister Eugena Griffin. Eugena was contacted by phone and reported that on the date that she attempted to pay with the bill, she was with Maurice Parker. He was the individual that provided her with the bill.

5. On December 4, 2018 Stacy provided Detective Thomas with pictures of Maurice's residence of 3204 Balsam Lake Drive, Columbus. On this date, it was discovered that Maurice was in a relationship with a female by the name of Michelle Harris "Ingram" who has ties to this residence as well.

6. On January 18, 2019 Maurice posted a video to his Facebook profile, at which time was open to the public. The video appeared to be from inside of a van.

7. On January 31, 2019 surveillance was conducted of Maurice driving a white van bearing Ohio temporary tag H092095. Maurice was seen leaving the area of 3204 Balsam Lake Drive Columbus, Ohio.

8. On this date, Maurice met with multiple vehicles, one of which was a Chevrolet Cruz bearing HHU1143. Through law enforcement resources it was found that Columbus Police had also looked into this vehicle because the individual driving it, Field Harris, was suspected of passing counterfeit money.

9. On February 14, 2019 Maurice posted on his Facebook account, which was open to the public that he was at Target located in North Canton, Ohio. Detective Thomas made contact with Target Asset Protection employee Brittany Lariviere who advised they had taken in two counterfeit $50.00 bills. Video was obtained from this transaction and Edward Wells Hargrave was identified as passing the counterfeit bills. Edward made a purchase of a bakeware set for $56.99 and made a cash payment of $100.00 receiving $39.31 in change.

10. On February 22, 2019 a GPS search warrant was written by Detective Thomas and issued by the Honorable Franklin County Judge Ebner for the white van Maurice had been driving. The van was coming and going from the area of 3204 Balsam Lake Drive Columbus, Ohio. It appeared to be staying overnight on most nights.

11. On March 11, 2019 through the use of GPS tracking, Detective Thomas observed the van in the area of Avery Shopping Center near Hospital Drive in Dublin, Ohio. Dublin Police Officers were contacted and observed Maurice and Edward in the area. Officers went into the business Bath and Body Works, located at 7090 Perimeter Drive and discovered that a counterfeit $50.00 bill bearing MF88080006A had been passed. The employee was able to identify

Page | 4

Edward as the individual that passed the bill. Edward made a purchase for $12.92 and received $37.08 back in change. Images were obtained of Edward getting into the passenger seat of the vehicle Maurice drives. Images were obtained of Maurice standing outside of the vehicle.

12. On March 12, 2019 surveillance was conducted and Maurice was observed driving the van with Edward in the passenger seat. Detectives and Southern District of Ohio Task Force members followed the vehicle to the area of Hilliard Rome Road and IR 70. Gahanna Police Detective Utt observed Edward go into Meijer, located at 1661 Hilliard Rome Road, and pass a counterfeit $50.00 bill bearing D09168129B. Edward purchased an item for $8.99 and received $40.34 in change. He then came back out and got back into the passenger seat with Maurice driving. They then drove the van through the parking lot to Dollar Tree, located at 1905 Hilliard Rome Road. Detectives observed Edward go inside the business and come out with bags in his hands. Secret Service Agent Tackett went into the business after Edward and found that he had paid with a counterfeit $50.00 bill bearing the same serial number as passed in Meijer. Edward made a purchase of bath tissue and circus peanuts for a total of $6.30. Detectives observed Maurice and Edward go into Kohl's, located at 1855 Hilliard Rome Road. Edward again completed a transaction using a counterfeit $50.00 bearing the same serial number. Edward made a purchase of a juniors knit top totaling $8.60 and received $42.00 in cash back. Maurice was seen driving the vehicle from the area. Secret Service Agent Marcus followed up with each business to obtain store surveillance video.

13. The vehicle was followed by detectives on IR 70 eastbound. Maurice stopped the vehicle in the parking lot of Giant Eagle located at 840 W 3rd Avenue Columbus, Ohio. Edward went inside the business. He was again followed by Detective Utt and observed making a purchase using a counterfeit $50.00 bill bearing the same serial number. Edward made a purchase of two pizzas for $11.18 and paid $50.18, receiving $39.00 in change. Secret Service Agent Marcus went into the business and retrieved the bill. During this time, Edward also used the Giant Eagle Advantage card in the name of Latrice Anderson. Latrice Anderson was the registered owner of the vehicle from Gahanna case 18GAH-15839 where he was identified by patrol officers driving the vehicle after having attempted to pass a counterfeit bill.

14. On March 12, 2019 Detective Thomas received intel from Columbus Police Detective and Southern District of Ohio Task Force member Wilson that a female had passed a counterfeit bill and reported having received the bill from a party that went by the name "Cooter" and is associated with "Ed." Cooter was described as a heavyset, older black male that drives a white van. She stated that he lives in an apartment off of Stelzer Road near Giant Eagle. This met the description of Maurice Parker. Ed was described as living in an apartment off of Atcheson near the plaza. This generally met the description of Edward Hargrave based on what had been seen during surveillance.

15. On March 14, 2019 detectives and task force members conducted surveillance on Maurice and observed him leaving the area of 3204 Balsam Lake in the van. While conducting surveillance on Maurice, the Ohio State Highway Patrol

       initiated a traffic stop on the van. Maurice did not have a valid driver's license and his vehicle was towed. Edward was with Maurice in the vehicle. Prior to the vehicle being towed, it was reported that Maurice was seen with a stack of money and 4 cell phones on his person.

16.    On March 14, 2019 Detective Thomas wrote a search warrant for the residence of 3204 Balsam Lake Drive which was signed by the Honorable Franklin County Judge Thomas. The search warrant was executed the same day by the Gahanna Division of Police and members of the Southern District of Ohio Task Force. Inside of the residence, evidence that Maurice was living there with Michelle Harris and Dequinn Ingram was recovered, along with the following evidence of manufacturing:

    a. 6 front $50.00 printed MC23486695A, 6 back $50.00. Some pages had tape on them presumably for taping down to the scanner.

    b. 3 Cannon ink jet cartridges: CL-241XL 241 XL, PG-243 black, CL-211XL, found in laundry room/closet.

    c. Digital scale found on the kitchen table with marijuana residue.

    d. Suspected crack weighing 1.6 grams found in a ranch dressing box on top of fridge.

    e. Canon Print-Copy-Scan PIXMA MG2522 found in the closet in the living area.

    f. Georgia-Pacific Standard Multipurpose paper 500 sheets. Found in the kitchen cabinet on the bottom right side of the stove.

g. 2 counterfeit $20.00 bill fronts bearing ML73931287N found in popcorn box on the fridge.

h. Counterfeit $50.00 bills bearing D09168129B with tape on them. 18 fronts and 9 backs rolled up in plastic bag.

i. Lexmark Interact S605 printer/scanner found in a bedroom closet.

j. Canon PIXMA MP250 ink jet photo all in one which was found in the closet in main living room.

k. 7 counterfeit $50.00 bills bearing MB79357196B front and backs in a white homemade envelope found in a bedroom.

17. On March 15, 2019 contact was made with Michelle Harris. She reported that her son Dequinn is the person that rents the apartment. He is a traveling surgical technician and he is gone for months at a time. She had been staying at the house to help take care Dequinn's son was gone. Michelle let Maurice stay there with her during this time. Michelle reported working two jobs and long hours so she was rarely home. When asked about Maurice traveling on weekends, she said that he would tell her he was going to work. Michelle reported, "I knew he was doing something." When asked about Edward, she stated she had met him and believed he stayed over by St. Clair Avenue in Columbus. When asked if she had a phone number for Edward she stated, "Cooter may have called me from Eddie's phone previously." This statement corroborated the intel that Maurice is known as Cooter.

18. Detective Thomas sent out an email to surrounding agencies to determine if there were unsolved cases involving Maurice or Edward. Upper Arlington Police responded and provided the following:

   a. Case # 2019-00008 On January 2, 2019 officers responded to Donato's located at 3000 Northwest Boulevard. An employee reported that at approximately 1456 hours a suspect entered the business and attempted to pass a counterfeit $50.00 bill bearing serial number AK73157799A. The employee took pictures of the counterfeit bill prior to returning it. Images of the suspect attempting to pass the bill were obtained. The suspect is identified at Edward Hargrave.

   b. Case # 2019-00020 On January 4, 2019 Sally Beauty, located at 3094 Kingsdale Center, Upper Arlington reported that they accepted counterfeit currency on January 2, 2019. Sally suffered a loss of $250.00 when the suspect made a purchase of two hair trimming tools using counterfeit currency and came in approximately two hours later returning the merchandise purchased. Employees had taken the five $50.00 bills that the suspect paid with to U.S. Bank where it was discovered that they were counterfeit. Officers then canvased the area businesses and found that Chipotle also had the same individual come in and attempt to pass a counterfeit $50.00; however, they caught it prior to the transaction being completed and the suspect left the business. Chipotle had video surveillance of the attempted transaction. The business manager of Sally's was shown a picture of the individual that made the return and she

Page | 9

stated she was 100 percent certain that was the individual who made the return. The suspect that made the purchase was described as a male black. The individual on the chipotle video is wearing the same outfit as in case 2019-00008 and was identified as Edward Hargrave in said case.

c. Case # 2019-00114 On January 23, 2019 the same suspect came into Starbucks located at 1315 W Lane Avenue Upper Arlington, Ohio and passed a counterfeit $50.00 bill bearing JL73728033A. The suspect was described as a mixed race male wearing a grey hoody, approximately 5'10 and had a stocky build. He had reddish-brown hair and heavy stubble. He identified himself by the name "Red." After Upper Arlington Detective Molter obtained video surveillance he determined the suspect was the same as the suspect in cases 2019-00008 and 2019-00020.

19. On March 19, 2019 Dequinn Ingram made contact with Detective Thomas by phone. Dequinn explained that he had been gone from his apartment since June of 2017 on a work assignment. He reported having no knowledge of Maurice printing counterfeit money.

20. On March 20, 2019 a possible phone number for Edward was called. The individual that answered the phone identified himself as Edward. When Detective Thomas identified herself, he stated that he was willing to meet immediately. Plans were made to meet at the United States Secret Service Office in Columbus. After a brief time, Edward did not show up and was called. He reported that he could not find a ride; however, he was still willing to meet.

Task Force Officer Thomas, Detective Utt and Secret Service Agent Marcus met with Edward in a parking lot at the intersection of Long Street and Ohio Avenue in Columbus, Ohio.

21. Edward was read his Miranda rights and signed a waiver. He reported that he understood that he was not in custody and was free to leave at any time. Edward agreed to speak without the presence of an attorney. Edward explained that he grew up in the area and was born and raised in the "projects." He said that he has known Maurice for many years. Maurice is the father of Edward's niece. Edward further told investigators that he has a crack addiction that started when he was in his 40s. He said that he was passing counterfeit money to feed his addiction.

22. Edward explained that he has seen Maurice print the money utilizing a printer. He said that he had been in the apartment off of Stelzer Road and watched Maurice print in the kitchen using a black printer. Edward explained that he has a court date coming up with Columbus Police because he got caught stealing printer ink from the Giant Eagle on Stelzer Road in Columbus. The ink he was stealing was for Maurice to use to print money. Edward said that Maurice would take a legitimate bill and make copies of it. He would then clip the ends of the bill so that they appeared to be legitimate. He also attempted to describe that Maurice would put bills into the microwave and then would press the front and backs of the bills together. Edward said that he never printed money with Maurice but did see him do it. Edward explained that Maurice learned to print money from "Noof" known to investigators as Nathaniel Lee.

23. Edward explained that he would get fifty percent of whatever denomination he passed. Maurice would take the other half. When asked if Maurice ever passed money, he stated that he did not believe that he did. When questioned why Maurice was seen out of the car on several occasions during surveillance, Edward said it was because he did not think Maurice trusted people. Edward said that Maurice would produce money on occasion that was for purchase. He further explained that for $200.00 a person could purchase $1,000.00 in counterfeit currency. Edward said that Maurice had a lot of people working for him.

Based on the facts presented above, I believe there is probable cause to show that Maurice Parker, manufactured and was involved with the uttering of counterfeit USC as a scheme, or to defraud, or for obtaining money or property by means of false or fraudulent pretenses in violations of 18 U.S.C 471 and 472.

Respectfully submitted,

Blair Thomas
Task Force Officer
U.S. Secret Service

Sworn to and subscribed before me this 17th day of Sept, 2019 at Columbus, Ohio.

U.S. MAGISTRATE JUDGE